IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50412
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

LUIS ALBERTO GUTIERREZ-DIAZ,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. PE-96-CR-5-1
- - - - - - - - - -
February 24, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Luis Alberto Gutierrez-Diaz appeals his conviction and
sentence for possession with intent to distribute marijuana.
Because Gutierrez-Diaz did not move for a judgment of acquittal
at the close of the evidence, we review his challenge to the
sufficiency of the evidence for plain error or miscarriage of
justice.  See United States v. Pierre, 958 F.2d 1304, 1310 (5th
Cir.) (en banc), cert. denied, 506 U.S. 898 (1992).  We find
none.  We further hold that the district court's determination

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

that Gutierrez-Diaz was not entitled to a downward adjustment based upon minor participation in the offense was not clear error.  See <u>United States v. Zuniga</u>, 18 F.3d 1254, 1260-61 (5th Cir.), <u>cert. denied</u>, 115 S. Ct. 214 (1994).

AFFIRMED